UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MAUREEN L. SYLVESTER | ) | BANKRUPTCY CASE NUMBER 07-12615 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**SECOND NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on July 23, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #110 issued to Upfront Rewards Visa Platinum, PO Box 888377, Grand Rapids, MI 49588-8377 on August 14, 2009 in the amount of $95.91 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$95.91** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

  /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of August, 2009, a true and correct copy of the above and foregoing Second Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to:  Upfront Rewards Visa Platinum, PO Box 888377, Grand Rapids, MI 49588-8377

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven